This is to advise that on November 22, 2010

Judge Richard K. Eaton

Issued CONFIDENTIAL Slip Opinion 10-129

In action

Ct. No. 08-00373

Shandong Chenhe International Trading Co., Ltd.,
(Plaintiff,)

v.

United States,
(Defendant,)

and

Fresh Garlic Producers Association,
Christopher Ranch LLC, The Garlic Company,
Valley Garlic, and Vessey and Company, Inc.,
(Defendant - Intervenors.)